FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JAN 1 0 2018
Per_____ DEPUTY CLERK

(1) **Ernest O. Glasper Jr. #09452-027**
 (Name of Plaintiff)   (Inmate Number)

**Lewisburg SMU P.O. Box 1000 Lewisburg PA 17837**
(Address)

(2) _____
 (Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

1:18cv68
(Case Number)

vs.

CIVIL COMPLAINT

(1) **Federal Prison Guard Murray**

(2) **Andrew Edinger, MD**

(3) **Federal Prison Guard Moyer**
 (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? _BP 8, BP 9, BP 10, and BP 11. Also FTCA authorized by 28 U.S.C. Section 1346._

2. What was the result? _The administrative remedies were never responsed back to and the FTCA was denied and given 6 month to file in court._

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: _Officer Murray_
Employed as _Federal Prison Guard_ at _Lewisburg Penitentiary_
Mailing address: _Lewisburg Penitentiary P.O. Box 1000 Lewisburg PA, 17837_

(2) Name of second defendant: _Andrew Edinger, MD_
Employed as _Medical Doctor_ at _Lewisburg Penitentiary_
Mailing address: _Lewisburg Penitentiary P.O. Box 1000 Lewisburg PA 17837_

(3) Name of third defendant: _Officer Moyer_
Employed as _Federal Prison Guard_ at _Lewisburg Penitentiary_
Mailing address: _Lewisburg Penitentiary P.O. Box 1000 Lewisburg PA, 17837_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _Officer Murray started this civil action by fabricating incident report on Feb 25, 2016 against Plaintiff in X block, Protective Custody unit in Lewisburg SMU Program. Officer Murray breach his duty with_

2

Negligence by lying about seeing Plaintiff swollow green or blue object

2. Dr. Edinger was negligent with medical assessement on March 14, 2016 in Lewisburg SMU medical station. Dr. Edinger saw blood and a tear in Plaintiffs rectum and did not follow the medical policy with is not discretionary.

3. Officer Moyer was negligent when he failed to use reasonable care. In G block of Lewisburg SMU on Feb 26, 2016 Officer Moyer searched my rectum by inserting his latex gloved fingers. Prison Lt.s ordered Officer Moyer to do so. My rectum was damaged.

## V. RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. First I Ernest Glasper don't want to be retailated against in no form or fashion by Lewisburg Prison Guards or administration, for filing FTCA in court.

2. Second I want all incident reports fabricated against me expunged, and transferred from Lewisburg SMU program.

3. Third I would like to be compensated in the amount of $ 30.000 U.S. dollars, for my injury and pain and suffering, also to include court cost if possible.

_Plaintiff will let the court decide relief in Bivens._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _May_ day of _Friday 18_, 20_17_.

_(signature)_
(Signature of Plaintiff)

Attachment

Defendant(s)

1.) Prison Guard Murray

2.) Andrew Edinger M.D.

3.) Prison Guard Moyer

4.) United States.

Has not be able get prison guard Murray full name or prison guard Moyer full name.

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

_____ Division

| | |
|---|---|
| Ernest D. Glasper Jr. <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> "See Attached" <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ernest D. Glasper Jr. |
| Street Address | P.O. Box 1000 |
| City and County | Lewisburg SMU U.S.P. |
| State and Zip Code | Pennsylvania 17837 |
| Telephone Number | N/A |
| E-mail Address | N/A |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Murray
- Job or Title (if known): Federal Correctional Guard
- Street Address: P.O. Box 1000
- City and County: U.S.P. Lewisburg SMU
- State and Zip Code: Pennsylvania 17837
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 2

- Name: Andrew Edinger
- Job or Title (if known): Medical Doctor
- Street Address: P.O. Box 1000
- City and County: United States Penitentiary Lewisburg SMU
- State and Zip Code: Pennsylvania 17837
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 3

- Name: Moyer
- Job or Title (if known): Federal Correctional Guard
- Street Address: P.O. Box 1000
- City and County: U.S.P. Lewisburg SMU
- State and Zip Code: Pennsylvania 17837
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *FTCA in Federal Court under 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675. Negligence, Bivens combined to FTCA claim in one lawsuit.* United States Constitution...

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

       Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is a FTCA Claim for negligence. FTCA lawsuit in federal court under 28 U.S.C. § 2401(b) and 28 U.S.C. § 2675(a) can be used to sue the United States for actual (money) damages to compensate Plaintiff.

1. Officer Murray fabricate an incident report with authorization from X-block Lt. on Feb 25, 2016. This action by officer Murray cause Plaintiff harm by incident Send me to strip dry cell in G-block. This fabricated incident report caused me

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff is asking to be transferred out of Lewisburg SMU program before retaliation occurs. The expunging of fabricated incident reports. And Compensation in actual (money) for damages in the amount of $30,000 U.S. dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Plaintiff will let court decide relief in Bivens, if any.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 18, 2017*

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: *Ernest O. Glasper Jr.*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Inmate Name: _____
Register Number: # 09452-027
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON
JAN 10 2018
PER_____ DEPUTY CLERK

Clerk of
Peter J
United States
for the Middle
Pennsyl
235 North W
P.O. Box 11
Scranton,

Legal
mail

JAN 05 2018

(MC)